McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Civ. S-06-2300 GEB/EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 7407 NORTH 82nd LANE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-171-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate

1 newspaper for publication;
2    3.   The defendant real property shall be posted in Maricopa
3 County, Glendale, Arizona;
4    4.   Plaintiff proposes that publication be made as follows:
5       a.   Four publications;
6       b.   In the following newspaper, a legal newspaper of
7 general circulation, located in the county (Maricopa) in which
8 the defendant property is located: Arizona Business Gazette;
9       c.   The publication to include the following:
10         (1)   The Court, title and number of the action;
11         (2)   The date of the posting;
12         (3)   The identity and/or description of the
13 property posted;
14         (4)   The name, address and telephone number of the
15 attorney for the plaintiff;
16         (5)   A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule C(6) of the Federal Rules of Admiralty must be filed with
19 the Clerk and served on the attorney for the plaintiff within 30
20 days after the date of publication;
21         (6)   A statement that answers to the complaint
22 must be filed and served within 20 days after the filing of the
23 claims and, in the absence thereof, default may be entered and
24 condemnation ordered;
25         (7)   A statement that applications for
26 intervention under Fed. R. Civ. P. 24 by persons claiming
27 maritime liens or other interests shall be filed within the 30
28 days allowed for claims for possession; and

1  (8) The name, address, and telephone number of
2 the U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
3 Explosives.

4 DATED: Oct. 18, 2006        McGREGOR W. SCOTT
                              United States Attorney

6                             /s/ Kristin S. Door
                              KRISTIN S. DOOR
7                             Assistant U.S. Attorney

9                             **ORDER**

10     IT IS SO ORDERED.

12 DATE: October 26, 2006
                              UNITED STATES MAGISTRATE JUDGE