1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
UNITED STATES OF AMERICA
11
        Plaintiff,                No. CIV S-06-2299 FCD KJM
12
    v.                           **RELATED CASE ORDER**
13
14  REAL PROPERTY LOCATED AT 7600
    NORTH 71st AVENUE, GLENDALE,
15  MARICOPA COUNTY, ARIZONA,
    ASSESSOR'S TAX PARCEL NUMBER:
16  143-25-044, INCLUDING ALL
    APPURTENANCES AND IMPROVEMENTS
17  THERETO,

18          Defendant.
    _____/
19
UNITED STATES OF AMERICA
20
        Plaintiff,                No. CIV S-06-2300 GEB EFB
21
    v.
22
23  REAL PROPERTY LOCATED AT 7407
    NORTH 82nd LANE, GLENDALE,
24  MARICOPA COUNTY, ARIZONA,
    ASSESSOR'S TAX PARCEL NUMBER:
25  142-27-171-1, INCLUDING ALL
    APPURTENANCES AND IMPROVEMENTS
26  THERETO,

27          Defendant.
    _____/
28
///

|   |   |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2305 LKK GGH |
| v. | |
| REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2306 DFL GGH |
| v. | |
| REAL PROPERTY LOCATED AT 8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-28-050, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |

The court has received the Notice of Related Cases filed October 23, 2006. Examination of the above-entitled actions reveals that all actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involved are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the

judge and magistrate judge to whom the first filed action was assigned.

     IT IS THEREFORE ORDERED that the actions denominated, **CIV S-06-2300 GEB EFB, CIV S-06-2305 LKK GGH and CIV S-06-2306 DFL GGH** are reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in these reassigned cases <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as**, CIV S-06-2300 FCD KJM, CIV S-06-2305 FCD KJM and CIV S-06-2306 FCD KJM.**

     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

     IT IS SO ORDERED.

DATED: October 26, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL, JR.
                                          United States District Judge