|    |                                                                                                                                                                                  |                                                            |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------|
| 1  |                                                                                                                                                                                  |                                                            |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CIV S-06-2299 FCD KJM |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| REAL PROPERTY LOCATED AT 7600 NORTH 71st AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 143-25-044, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CIV S-06-2300 FCD KJM |
| v. | |
| REAL PROPERTY LOCATED AT 7407 NORTH 82nd LANE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-171-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |

//////

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2305 FCD KJM |
| v. | |
| REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. / | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2306 FCD KJM |
| v. | |
| REAL PROPERTY LOCATED AT 8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-28-050, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. / | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2783 FCD KJM |
| v. | |
| APPROXIMATELY $239,833.28 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO.0046 8999 2535, HELD IN THE NAME OF DA BOMB PRODUCTS, INC., et al., | |
| Defendants. / | |

//////

//////

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | Plaintiff, | No. CIV S-06-2788 FCD KJM |
| 3 | v. | |
| 4 | APPROXIMATELY $2,274.34 IN U.S. CURRENCY SEIZED FROM IRONSTONE BANK ACCOUNT NO. 9260036828, HELD IN THE NAME OF 7600 71st AVE LLC, et al., | |
| 7 | Defendants. | |
| 8 | UNITED STATES OF AMERICA | |
| 9 | Plaintiff, | No. CIV S-06-2796 FCD KJM |
| 11 | v. | |
| 12 | APPROXIMATELY $87,257.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0046 5585 5745, HELD IN THE NAME OF MINI TRUCK EXPRESS, et al., | |
| 15 | Defendants. | |

Pursuant to the representations of the plaintiff, in the above actions, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 19, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: January 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE